UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
Eastern Division

Andre Jones
          Plaintiff,

v.                 Case No.: 1:10–cv–08027
                 Honorable Ronald A. Guzman

National Credit Adjusters, LLC
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 25, 2011:

  MINUTE entry before Honorable Ronald A. Guzman: Motion hearing held on 8/25/11. Motion by Plaintiff Andre Jones for sanctions including contempt against defendant and its counsel [63] is granted as to motion to compel. Defendant to comply by 9/1/11. Motion by Defendant National Credit Adjusters, LLC to stay discovery [58],[68] is denied. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.